UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Crim. No. 11-791 (CCC) |
| KEVIN McKNIGHT, : | ORDER |
| Defendant. : | |

This matter having been opened to the Court upon application by Jean D. Barrett, Attorney for Kevin McKnight, and it appearing that Mr. McKnight is unable to pay the subsistence to the community corrections center, and good cause having been shown, it is on this 18 day of May, 2012 hereby

ORDERED, that the subsistence owed to Logan Hall, formerly known as Toler House, located at 10 Toler Place, Newark, New Jersey, is hereby waived.

CLAIRE C. CECCHI, U.S.D.J.